IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                          CASE NO.: 1:19-bk-04338-HWV

Janeen R. Hawkins,               CHAPTER 13

         Debtor(s),
_____/

## NOTICE OF WITHDRAWAL OF
## NOTICE OF MORTGAGE PAYMENT CHANGE FILED \*\*\*09/28/2020\*\*\*

     Comes now Joshua I. Goldman of the Padgett Law Group and hereby withdraws FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC's Notice of Mortgage Payment Change filed 09/28/2020 as the notice was filed twice in error.

     DATED this  29th  day of    September   , 2020.

                                               Respectfully submitted,

                                               /s/ Joshua I. Goldman

                                               _____
                                               Joshua I. Goldman
                                               Padgett Law Group
                                               6267 Old Water Oak Road
                                               Suite 203
                                               Tallahassee, Florida 32312
                                               (850) 422-2520 (telephone)
                                               (850) 422-2567 (fax)
                                               bkcrm@padgettlaw.net
                                               Authorized Agent for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the ___29th___ day of ___September___, 2020, a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically to**:**

Janeen R. Hawkins
1740 Stoney Creek Road
Dauphin, PA 17018

Anthony Todd McBeth
4705 Duke Street
Harrisburg, PA 17109

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

/s/ Joshua I. Goldman
_____
Joshua I. Goldman