United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                               Case No. 19-04338-HWV
Janeen R Hawkins                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                                                        User: AutoDocke                                                      Page 1 of 2
Date Rcvd: Nov 17, 2020                                        Form ID: pdf010                                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

**Recip ID**               **Recipient Name and Address**
                 +   Eugene Scott Hawkins, Jr., 1740 Stoney Creek Road, Dauphin, PA 17018-9333

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020                                    Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Todd McBeth | on behalf of Debtor 1 Janeen R Hawkins atmlaw1@verizon.net |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FV-I Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor FV-I Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Karina Velter | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Rebecca Ann Solarz | |

on behalf of Creditor FV-I Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janeen R. Hawkins<br>　　　　　Debtor<br><br>FV-I, Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC<br>　　　　　Movant<br>　vs.<br><br>Janeen R. Hawkins<br>　　　　　Debtor<br><br>Eugene Scott Hawkins, Jr.<br>　　　　　Co-Debtor<br><br>Charles J. DeHart, III, Esquire<br>　　　　　Trustee | CHAPTER 13<br><br>NO. 19-04338 HWV<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: November 17, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)