# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| In re:<br>**Janeen R. Hawkins,**<br>　　Debtor.<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association,**<br>　　Movant.<br><br>v.<br><br>**Janeen R. Hawkins, and**<br><br>**Jack N. Zaharopoulos, Trustee**<br>　　Respondents. | Bankruptcy No. 1:19-bk-04338-HWV<br><br>Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

Upon consideration of **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's** Certification of Default, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**; and it is further

ORDERED, that **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at **1740 Stoney Creek Road Dauphin, PA 17018,** including without limitation a sheriff's sale of the property, and it is further

ORDERED that **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's** request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 2, 2022