# Notice Recipients

District/Off: 0314−1      User: AutoDocketer      Date Created: 6/2/2022

Case: 1:19−bk−04338−HWV      Form ID: pdf010      Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Anthony Todd McBeth | atmlaw1@verizon.net |
| aty | Charles G. Wohlrab | cwohlrab@raslg.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Eugene Scott Hawkins, Jr.      1740 Stoney Creek Road      Dauphin, PA 17018

TOTAL: 1