**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JANEEN R HAWKINS          CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant          CASE NO: 1-19-04338-HWV

JANEEN R HAWKINS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 26, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 26, 2022, the Debtor(s) is/are $4,631.62 in arrears with a plan payment having last been made on Aug 05, 2022.

In accordance with said stipulation, the case may be dismissed.

        Respectfully Submitted,
        /s/ Douglas R. Roeder, Esquire
        for Jack N. Zaharopoulos, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097

Dated: October 26, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JANEEN R HAWKINS                    CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                             CASE NO:   1-19-04338-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 26, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

ANTHONY T. McBETH, ESQUIRE     SERVED ELECTRONICALLY
4705 DUKE STREET
HARRISBURG, PA  17109-

JANEEN R HAWKINS
1740 STONEY CREEK ROAD     SERVED BY 1ST CLASS MAIL
DAUPHIN, PA  17018

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101     SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 26, 2022

/s/ Matt Arcuri
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: info@pamd13trustee.com