United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Janeen R Hawkins  
    Debtor

Case No. 19-04338-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 27, 2022      Form ID: pdf010      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janeen R Hawkins, 1740 Stoney Creek Road, Dauphin, PA 17018-9333 |
| 5255905 | + | Bernadette Irace, Attorney at Law, Milstead & Associates, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 5255911 | | Eugene Scott Hawkins, 617 Russell Drive, Harrisburg, PA 17112 |
| 5255912 | + | First National Bank, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville, PA 15146-2371 |
| 5287847 | | JPMorgan Chase Bank, N.A., National Bankruptcy, Department P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5255914 | + | Lewis E. Harpster, MD, FACS, 815 Sir Thomas Court, Harrisburg, PA 17109-4839 |
| 5255918 | + | PPL Customer Service, 827 Housman Road, Allentown, PA 18104-9392 |
| 5277648 | + | PSECU, PO BOX 6703, HARRISBURG, PA 17112-0703 |
| 5255917 | + | Pinnacle Health All Better Care, c/o Commercial Acceptance Co., 2 West Main Street, Shiremanstown, PA 17011-6326 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Ras Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 18:41:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5255904 | + | Email/Text: bankruptcy@rentacenter.com | Oct 27 2022 18:41:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5255906 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 18:41:00 | Boscov's, Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5271573 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 18:45:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5255908 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2022 18:41:00 | Comenity Capital Bank, c/o Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5255909 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2022 18:45:41 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5255910 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 18:45:35 | Credit One Bank/LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5278027 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 27 2022 18:41:00 | FV-I, Inc., et al, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5255907 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 18:45:40 | Chase, P.O. Box 78101, Phoenix, AZ 85062-8180 |
| 5255913 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 18:41:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5263220 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 18:45:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5277097 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2022 18:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5255915 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2022 18:41:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 5262422 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2022 18:41:00 | Nationstar Mortgage LLC, dba Mr Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 5255916 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 27 2022 18:41:00 | Nationwide Insurance, c/o Credit Collection Service, P.O. Box 607, Norwood, MA 02062-0607 |
| 5288732 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 18:41:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5262423 | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 18:41:00 | RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5452658 | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 18:41:00 | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 5419387 | + | Email/Text: bkteam@selenefinance.com | Oct 27 2022 18:41:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5255919 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2022 18:41:00 | Verizon Wireless, c/o Jefferson Capital System, 16 Mcleland Road, Saint Cloud, MN 56303-2198 |
| 5255920 | + | Email/Text: rmcbknotices@wm.com | Oct 27 2022 18:41:00 | Waste Management, 2625 West Grandview Road, Phoenix, AZ 85023-3109 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | FV-I, Inc. in trust for Morgan Stanley Mortgage Ca |
| 5419388 | *+ | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

| | |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Anthony Todd McBeth | on behalf of Debtor 1 Janeen R Hawkins atmlaw1@verizon.net |
| Brian C Nicholas | on behalf of Creditor FV-I Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FV-I Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor FV-I Inc, in trust for Morgan Stanley Mortgage Capital Holdings LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Janeen R Hawkins | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:19-bk-04338-HWV |

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
    vs.              Movant(s)

Janeen R Hawkins

              Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 27, 2022

Order Dismissing Case with Parties - Revised 9/17